Fred COLE, Plaintiff–Appellant

v.

NOBLE DRILLING CORPORATION, Defendant–Appellee.

No. 07–60730.

United States Court of Appeals, Fifth Circuit.

Aug. 12, 2008.

George William Healy, IV, John Steven Garner, George W. Healy IV & Associates, Gulfport, MS, for Plaintiff–Appellant.

Richard Lee Kimmel, Steven Cavitt Cookston, Upshaw, Williams, Biggers, Beckham & Riddick, Greenwood, MS, for Defendant–Appellee.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Having reviewed the district court's order, the parties' briefs, and the record and having heard oral argument, we affirm essentially for the reasons stated in the

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.